**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| **BOB JOSEPH,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**SAM KINCAID,** ***Official Jailer of Clay County Detention Center, et al.,***<br><br>**Respondents.** | **CAUSE NO. 1:26-cv-00588-HAB-ALT** |

**ORDER**

A habeas corpus petition was filed in the Fort Wayne Division on behalf of Bob Joseph, an immigration detainee at the Miami Correctional Facility. (ECF 1). Because the Miami Correctional Facility is in the South Bend Division, this case may not be litigated in the Fort Wayne Division. *See* N.D. Ind. L.R. 3-1(a). When "the court determines a case is filed in a division without proper venue, the court may, pursuant to 29 U.S.C. § 1406: (1) dismiss the case; or (2) in the interests of justice, transfer the case by issuing an order directing the clerk to reopen the case in a proper division." L.R. 3-1(b).

For these reasons, the clerk is DIRECTED to close this case, open a new case with these filings in the South Bend Division, and to randomly assign judges under General Order 2025-15.

SO ORDERED. Entered this 17th day of November 2026.

/s/ Andrew L. Teel
Andrew L. Teel
United States Magistrate Judge